RECORD OF GRAND JURY BALLOT

C/R _____ 3:21cr525

THE UNITED STATES OF AMERICA v. JEFFREY ALAN BENJAMIN

(SEALED UNTIL FURTHER ORDER OF THE COURT)