## UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

## COLUMBIA DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO. 3:21-525

JEFFREY ALAN BENJAMIN

## PLEA

The Defendant, JEFFREY ALAN BENJAMIN, acknowledges receipt of a copy of the Indictment and after arraignment pleads NOT GUILTY in open court.

_____
(Signed)    Defendant

Columbia, South Carolina
August 31, 2021