IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIM. NO. 3:21-525 |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| JEFFREY ALAN BENJAMIN | ) |  |

This matter came before the Court pursuant to a joint motion by the parties, propounded during the December 1, 2022, pretrial conference. The Defendant has requested a continuance in order to review discovery, conduct his own investigation, and file motions. The Government requested a date certain for trial and proposed May 2023. The Court indicated it would set a date certain in early May 2023.

Therefore, this Court continues the above-referenced case until the April 2023 term. The continuance is justified for the above-provided reasons. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial.

The Court therefore orders that the above-referenced case be continued until the April 2023 term. Said continuance is excluded from the time in which this case must be brought to trial under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(2).

    IT IS SO ORDERED.

                                s/ Mary Geiger Lewis
                                MARY GEIGER LEWIS
                                UNITED STATES DISTRICT JUDGE

Columbia, South Carolina

December 5, 2022.