**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:21CR525 |
| v. | ) | |
| JEFFREY ALAN BENJAMIN | ) | **DEFENDANT JEFFREY ALAN BENJAMIN'S MOTION TO TRANSFER VENUE** |
| Defendant. | ) | |

Defendant Jeffrey Alan Benjamin, through undersigned counsel, respectfully moves for an intra-district transfer of venue to the Greenville Division, pursuant to Federal Rule of Criminal Procedure 18 and the Sixth Amendment of the United States Constitution.

As detailed in the accompanying memorandum of law, transfer of venue is necessary and appropriate to safeguard Mr. Benjamin's Constitutional right to a fair trial before an impartial jury, because: (1) the indictment in this cases alleges that the ratepayers, bondholders, and investors of SCANA and Santee Cooper were the ultimate victims of the alleged fraud, and therefore, such individuals and their close friends and family must be excluded from the jury pool; and (2) the pervasive, negative pretrial publicity about the V.C. Summer Project, concentrated in the Columbia capital region and the area from which the Columbia Division draws its jury pool, has created an intolerable risk of inherent bias against Mr. Benjamin in the Columbia Division.

For all these reasons, the Court should transfer venue to the Greenville Division, where Mr. Benjamin can receive a fair trial before an impartial jury that is not comprised of his alleged victims, their friends, and family members.

Respectfully submitted,

Date: February 8, 2023

*/s/Andrew B. Moorman, Sr.*
MOORMAN LAW FIRM, LLC
416 East North Street 2nd Floor
Greenville, South Carolina 29601
864-775-5800
andy@andymoormanlaw.com
Federal ID # 10013

William M. Sullivan, Jr.
Thomas C. Hill
Patrick Hovakimian
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC 20036
Phone: 202-663-8027
wsullivan@pillsburylaw.com
thomas.hill@pillsburylaw.com
patrick.hovakimian@pillsburylaw.com
*Admitted Pro Hac Vice*

*Counsel for Defendant Jeffrey Benjamin*
