

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO: 3:21-525-MGL |
| | ) | |
| vs. | ) | |
| | ) | REVISED SCHEDULING NOTICE |
| JEFFREY ALAN BENJAMIN | ) | |

**PRETRIAL CONFERENCE:** A pretrial conference *September 12, 2023 at 2:00 pm.* before the *Honorable Mary Geiger Lewis in courtroom #2* in the Matthew J. Perry Courthouse, Columbia, South Carolina. The defendant and his/her attorney must attend the conference. **NOTE:** *Plea Agreements MUST be filed with the Court no later than 24 hours prior to a scheduled pretrial conference or plea hearing. If a plea Agreement has been reached, the Change of Plea hearing will be held at this time. Plea agreements received later than 24 hours prior to scheduled hearing will be rescheduled.*

**JURY SELECTION AND TRIAL:** A jury will be selected for the trial of this case on *October 11, 2023 at 9:30 am in courtroom #6100*, Carroll A. Campbell, Jr. U.S. Courthouse, 250 East North Street, Greenville, South Carolina. The defendant and his/her attorney must be present for the entire jury selection process. The trial judge will be the *Honorable Mary Geiger Lewis.* The jury trial will begin on *October 16, 2023 at 9:30 am in courtroom #6100*, Carroll A. Campbell, Jr. U.S. Courthouse, 250 East North Street, Greenville, South Carolina..

**REQUIREMENTS:** *Motions to Continue* filed before a scheduled pretrial conference shall state a reason under 18 U.S.C. § 3161(h)(7)(B) why a continuance is requested as well as the *signature of the defendant* waiving his rights to a speedy trial and the consent of the Assistant U.S. Attorney. In cases where there are *multiple defendants*, this Court will not consider granting a continuance before the pretrial conference unless there are Motions for Continuance from *all* defendants in the case. Counsel should contact each other regarding obtaining the necessary signatures.

Pursuant to the Local Rules of this court, counsel must submit any proposed voir dire questions and special jury instructions to the court (with a copy being sent to opposing counsel) at least two (2) business days prior to jury selection. Strikes for cause are to be submitted two (2) business days prior to jury selection. If such requests are not made by the deadline, counsel shall have waived the right to submit them.

All parties are advised that the jury clerk will send each juror a written questionnaire to be completed and returned prior to jury selection. Copies of these questionnaire responses will be available for review through CM/ECF beginning seven (7) days prior to jury selection**;** a Juror Questionnaire Request Form may be accessed on the web at https://www.scd.uscourts.gov/Forms/Jury/Juror_Questionnaire_List_Request_Form.pdf. The questionnaires ask many of the same questions that are traditionally asked of the jurors during *voir dire* at jury selection. All parties are responsible for obtaining copies of the questionnaire responses. The questions on the juror questionnaires will not be repeated in the courtroom during jury selection.

ROBIN L. BLUME, CLERK

Date: March 7, 2023                                                               s/ Mary E. Deal, Deputy Clerk