IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America ) <br> ) <br> v. ) <br> ) <br> Jeffrey Alan Benjamin ) <br> ) | Case No. 3:21-cr-00525-MGL |

**GOVERNMENT'S MOTION FOR IN CAMERA REVIEW**

The United States of America, by and through its undersigned Assistant United States Attorneys, asks the Court to review *in camera* the United States' Motion to Empanel Grand Jury Three and the Court's Order Empaneling Grand Jury Number Three. Both are sealed court records. Because their contents relate to grand jury characteristics discussed at length during the hearing of Defendant's Motion to Dismiss for Grand Jury Bias (Dkt. No. 161), the United States submits they are relevant and will assist the Court in its deliberation.

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By:   s/Brook B. Andrews
BROOK B. ANDREWS (#10231)
WINSTON D. HOLLIDAY, JR. (#7597)
WILLIAM SCHURMANN (PHV)
Assistant United States Attorneys
1441 Main St., Ste. 500
Columbia, SC 29201
(803) 929-3000
Brook.Andrews@usdoj.gov
*Attorneys for the United States of America*

June 27, 2023